# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2015

## NO. 03-14-00333-CV

**In the Matter of M. L.**

**APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the juvenile court on May 16, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the juvenile court's order. Therefore, the Court affirms the juvenile court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.